ANTHONY COHEN State Bar No. 103650
CLEMENT, FITZPATRICK & KENWORTHY PC
3333 Mendocino Avenue, Suite 200
Santa Rosa, California 95403-2233
Telephone: (707) 523-1181   FAX: (707) 546-1360
E-Mail: acohen@cfk.com

Attorneys for Defendants Cecelia Hernandez, Marsha Tolen and Marvin Melvin Hilpert (aka "Moon")

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA STEELE,<br><br>    Plaintiff,<br><br>    v.<br><br>CECELIA HERNANDEZ, MARSHA TOLEN and MARVIN MELVIN HILPERT (aka "Moon") and DOES 1-50,<br><br>    Defendants. | CASE NO. 2:06-cv-2088-MCE-EFB<br><br>**ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

For good cause shown, in the interest of judicial economy and efficiency, the Joint Request of Defendants Cecelia Hernandez, Marsha Tolen, and Marvin Melvin Hilpert, and Plaintiff Juanita Steele for a two week extension of time in which to file their Joint Status Report is GRANTED.

The parties shall file their Joint Status Report by December 22, 2006.

DATED: December 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1