MICHELLE LAPENA (State Bar No. 201018)
AMYANN TAYLOR (State Bar No. 253146)
**LAPENA LAW CORPORATION**
2001 N Street, Suite 100
Sacramento, CA 95811
Telephone: (916) 442-9906
Facsimile: (916) 442-9907

Attorney for Defendants
CECELIA HERNANDEZ and MARVIN MELVIN HILPERT (aka "Moon") and DOES 1-50

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA STEELE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CECELIA HERNANDEZ, MARSHA TOLEN ) <br> and MARVIN FIRMSTONE HILPERT ) <br> (aka "Moon") and DOES 1-50, ) <br> Defendants. ) <br> _____) | No. 2:06-cv-02088-MCE-EFB <br><br> **SUBSTITUTION OF ATTORNEYS** |

Defendant, MARVIN FIRMSTONE HILPERT (aka "Moon"), hereby substitutes the following attorneys as counsel for service in this action in place and instead of Marvin Firmstone Hilpert (aka "Moon"), *in pro per*:

Names: Michelle LaPena and AmyAnn Taylor
LaPena Law Corporation

Respectfully submitted,                     LAPENA LAW CORPORATION
Dated: February 7, 2008                   Michelle LaPena
                                                         AmyAnn Taylor

                                                         By:  /s/AmyAnn Taylor
                                                                AmyAnn Taylor

SUBSTITUTION OF ATTORNEYS

1
2
3                                              LAPENA LAW CORPORATION

I consent to and accept the above situation.
4
5
Dated: ___2-8-08_____        Marvin Firmstone Hilpert (aka "Moon")
6
   **IT IS SO ORDERED.**
7
8
Dated: February 15, 2008
9
                                       _____
10                                     MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEYS