IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUANITA STEELE,

      Plaintiff,                    No. CIV S-06-2088 MCE/EFB

     vs.

CECELIA HERNANDEZ, MARSHA TOLEN,
and MARVIN FIRMSTONE HILPERT, aka
"MOON" and DOES 1-50,         <u>ORDER RE SETTLEMENT & DISPOSITION</u>

      Defendants.

_____/

     Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on April 3, 2008, the court has determined that the above-captioned case has settled as to all parties, save and except defendant Marvin Hilpert.

     The court now orders that dispositional documents as to plaintiff's claims against all defendants, save and except Hilpert, are to be filed not later than May 9, 2008.

     All hearing dates set in this matter as to defendant Hernandez and Tolen are **VACATED.**

     As to defendant Hilpert, the April 25, 2008, deadline for filing a joint pretrial statement, the pretrial conference, currently set for May 9, 2008, and trial, currently set for June 9, 2008, are confirmed.

////

1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2    <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3    <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4    IT IS SO ORDERED.
5    DATED: April 21, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2