# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA STEELE,<br><br>           Plaintiff,<br>  vs.<br><br>CECELIA HERNANDEZ, MARSHA TOLEN and MARVIN MELVIN HILPERT (aka "Moon") and DOES 1-50,<br><br>           Defendants. | No. 06-CV-02088-MCE-EFB<br><br>**ORDER OF SUMMARY ADJUDICATION** |

On April 21, 2008, Magistrate Judge Edmund F. Brennan issued an order vacating all hearing dates set in this matter as to Defendants Cecelia Hernandez and Marsha Tolen who had entered into a Settlement Agreement with Plaintiff Juanita Steele. As to Defendant Marvin Firmstone Hilpert, Judge Brennan confirmed the deadlines for filing a joint pretrial statement, the pretrial conference, and trial.

At the pretrial conference, after the Plaintiff waived all claims to damages, attorney's fees and costs, the Court determined that only possession of the property is at issue in this case. The Court finds that there are no triable issues of fact and that Defendant Hilpertn (who failed to appear at the pretrial conference and being ordered to do so) is not authorized to occupy or reside on the property involved in this dispute. Consequently, upon motion of all counsel, and for good cause shown, the Court grants summary adjudication in favor of the Plaintiff, Juanita Steele.

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant Marvin Hilpert is ordered to vacate the property know as Allotment 5029
2  immediately.  The Court further orders that all dates in this matter are vacated
3  **IT IS SO ORDERD**.
4  Dated: May 16, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER FOR SUMMARY ADJUDICATION

PDF created with pdfFactory trial version www.pdffactory.com