# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA STEELE,<br><br>    Plaintiff,<br>vs.<br><br>CECELIA HERNANDEZ, MARSHA TOLEN and MARVIN MELVIN HILPERT (aka "Moon") and DOES 1-50,<br><br>    Defendants. | No. 06-CV-02088-MCE-EFB<br><br>**ORDER GRANTING WITHDRAWAL** |

Upon motion of LAPENA LAW CORPORATION, and for good cause shown,

IT IS HEREBY ORDERED that Attorney's Michelle LaPena and AmyAnn Taylor of LaPena Law Corporation are withdrawn as counsel for Defendant Marvin Firmstone Hilpert (aka "Moon").

DATED: May 16, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE