1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUANITA STEELE, | ) | No. 06-CV-02088-MCE-EFB |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| CECELIA HERNANDEZ, MARSHA TOLEN and MARVIN MELVIN HILPERT (aka "Moon") and DOES 1-50, | ) ) ) ) | |
| Defendants. | ). ) | |

On or about, September 19, 2006, Juanita Steele ("Steele") commenced this action against Cecelia Hernandez ("Hernandez"), Marsha Tolen ("Tolen") and Marvin Hilpert ("Hilpert").  This action stemmed from a dispute involving individually allotted trust lands, known as Allotment 5029, located in Plumas County, California.  Through this action, Steele sought to end an on-going trespass to the Allotment, regain possession of the Allotment, and to collect damages for the unpaid rental value of the Allotment as well as damages incurred due to Defendants use and possession of the land.

On or about, November 14, 2006, Defendants filed a joint Answer to Plaintiff Steele's Complaint.  The Answer asserted that their occupation of that Allotment was authorized and that they were not trespassers to the Allotment.

///

1

PDF created with pdfFactory trial version www.pdffactory.com

Subsequent to the January 10, 2008, Settlement Conference and the February 8, 2008, Pre-Trial Conference in this matter, Steele, Hernandez, and Tolen engaged in settlement discussions. By April 15, 2008, Steele, Hernandez, and Tolen have reached a settlement of this matter for all claims against Hernandez and Tolen. (A true and correct copy of the Settlement Agreement is attached hereto as Exhibit A).

To effectuate the Settlement Agreement, Plaintiff Steele seeks to dismiss Hernandez and Tolen from this action subject to the terms and conditions set forth in the Settlement Agreement. The parties further wish to incorporate the terms of the Settlement Agreement into the Court's Order of Dismissal. Therefore, in view of the foregoing recitals and for good cause, the COURT ORDERS:

1. All claims and causes of action in Steele's Complaint against Hernandez and Tolen are dismissed with prejudice; provided that

2. The terms and conditions set forth in the Settlement Agreement between Steele, Hernandez and Tolen are incorporated herein and the Court shall retain jurisdiction over this matter for the limited purpose of enforcing the Settlement Agreement

IT IS SO ORDERED:

DATED: May 16, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com