**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUANITA STEELE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CECELIA HERNANDEZ, MARSHA TOLEN ) <br> and MARVIN MELVIN HILPERT (aka "Moon") ) <br> and DOES 1-50, ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | Case No. 06-CV-02088-MCE-EFB <br><br> **ORDER OF LAPENA LAW CORPORATION'S REQUEST TO WITHDRAW AND VACATE MOTION TO WITHDRAW AS COUNSEL FOR DEFEDANT HERNANDEZ** <br><br> **Judge Morrison C. England, Jr.** |

   Attorneys Michelle LaPena and AmyAnn Taylor of LaPena Law Corporation ("LaPena") have requested to withdraw and vacate their motion to withdraw as counsel for Defendant Cecilia Hernandez.  LaPena Law Corporation's request papers indicate that after submitting the motion to withdraw as counsel for Ms. Hernandez, LaPena Law Corporation received a signed Substitution of Attorney form, which substitutes Ms. Hernandez in pro per in this matter.  Ms. Hernandez asked that this form be filed with the court.  Ms. Hernandez has terminated LaPena's service as her legal counsel in this matter and thus eliminated the necessity for LaPena's motion for a withdrawal as counsel.

   To date, the court and the Plaintiff have not acted on LaPena's motion to withdraw as counsel and thus will not be prejudiced by a withdrawal of this motion.

   Upon request of LAPENA LAW CORPORATION, and for good cause shown, it is hereby:

///
///
///
///
///
///

**ORDERED** that LaPena Law Corporation's request to withdraw and vacate their motion to withdraw as counsel for Defendant Cecilia Hernandez is granted.  The motion and September 5, 2008 hearing date is withdrawn and vacated.

DATED: August 8, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE