UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA STEELE, | No. 2:06-cv-02088-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR ENFORCEMENT OF JUDGMENT** |
| CECELIA HERNANDEZ, MARSHA TOLEN and MARVIN MELVIN HILPERT (aka "MOON"), | |
| Defendants. | |

This matter came before the Court on the Plaintiff's Motion to Enforce Judgment. On June 3, 2008, a Clerk's Judgment was entered which incorporated a Settlement Agreement between the Plaintiffs and Defendants Cecilia Hernandez ("Hernandez") and Marsha Tolen. In accordance with terms of the Judgment, Hernandez was to vacate the property known as the Polly Jenkins/Lizzy Smith Allotment located at and described as 2155 Arlington Road, Taylorsville, California (the "Allotment") in two stages. Hernandez was to vacate and remove a trailer and cease to reside on or about the Allotment on or before May 15, 2008.

///

1

PDF created with pdfFactory trial version www.pdffactory.com

Additionally, Hernandez was to remove all of her personal belongings from the Allotment no later than June 30, 2008.

Hernandez did not vacate the property and/or remove the trailer and her personal property by June 30, 2008. In so doing, Hernandez breached the Settlement Agreement and directly violated this Court's June 3, 2008 Judgment.

After hearing the arguments of counsel and the parties and good cause being shown, Plaintiff's Motion for Enforcement of Judgment is GRANTED and the Court orders the following supplemental relief:

1.  Cecilia Hernandez and all individuals claiming any right of possession to the Allotment are to vacate the Allotment and remove any and all personal property from the Allotment immediately;

2.  Cecilia Hernandez and all individuals claiming any right of possession to the Allotment are to refrain from returning to or accessing the Allotment for any purposes; and

3.  In the event Cecilia Hernandez and/or any individuals claiming any right of possession to the Allotment remain on the Allotment as of the day of this Order, upon written notice to the Court, the Court will order that the property be returned to possession of the Plaintiffs with the assistance of the United States Marshal's Office, if necessary.

IT IS SO ORDERED.

DATED: September 22, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com